## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**TAMMY LEE GARIG**                                        **CIVIL ACTION**

**VERSUS**                                                          **NO. 20-654-JWD-RLB**

**JEFFERY TRAVIS, ET AL.**

### OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 11, 2022, (Doc. 72), to which an objection was filed and considered (Doc. 73);

**IT IS ORDERED** that the pending Motions to Dismiss (Docs. 51, 52, and 58) are **GRANTED**, and that Plaintiff's claims against Guillory, Cox, and the Sheriff Defendants are **DISMISSED WITH PREJUDICE.**

Signed in Baton Rouge, Louisiana, on July 26, 2022.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**